UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MEDITERRANEAN SHIPPING CO., S.A.

      V.                CIVIL ACTION NO. 05-12449-RGS

MASSACHUSETTS PORT AUTHORITY

# ORDER OF DISMISSAL

**STEARNS, DJ.**

FOR FAILURE OF THE PLAINTIFF TO FILE A RETURN OF SERVICE OF SUMMONS, OR SHOW CAUSE WHY SERVICE HAS NOT BEEN MADE PURSUANT TO THE PROVISIONS OF RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 4.1(b),

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

                                      RICHARD G. STEARNS
                                      UNITED STATES DISTRICT JUDGE

      BY:

                                      /s/ Mary H. Johnson
                                        Deputy Clerk

**DATED:   11-30-06**